MAE SACKMAN, Respondent, v. ARTHUR J. BRENNAN, Appellant.— ▮ Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

FLORENCE C. SCHMITT, Appellant, v. GEORGE V. SMITH et al., Individually and as Trustees under the Will of GEORGE SCHMITT, Deceased, Respondents.— ▮ Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CONSTANCE G. WOODHOUSE, an Infant, by RAYMOND F. WOODHOUSE, Her Guardian ad Litem, Respondent, v. KNICKERBOCKER HOSPITAL, Appellant. ▮ No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

KNEPPER MANAGEMENT CORPORATION, Respondent, v. RALPH HORGAN, INC., Appellant.— ▮ No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

SANFORD ALPER et al., Respondents, v. GREATER NEW YORK BROADCASTING CORPORATION, Appellant.— ▮ No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [178 Misc. 411.]

ANGELO BISESTO, Respondent, v. EXSILIA VIZZO, Individually and as Executrix of RAFFAELA BISESTO, Deceased, Appellant.— ▮ No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JAMES FINNEGAN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— ▮ No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HOLLYWOOD WAVE NET CORPORATION, Respondent, v. LOUIS E. PAKULA et al., Appellants.— ▮ No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HYMAN BERNSTEIN, Individually and as President of Bakery and Pastry Drivers Union, Local 802, American Federation of Labor, et al., Respondents, v. MADISON BAKING CO., INC., et al., Appellants, et al., Defendants.— ▮ No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY ZUCKERMAN, Appellant.— ▮ Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MARY OLIVA, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent. ▮ No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.